**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 31  A 11: 33

CLERK _S McCarthy_
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: CR 202-21 |
| | ) | |
| RANDO GROUP, INC. | ) | |
| WAYCROSS PROPERTIES, INC. | ) | |
| ALMA PROPERTIES, INC. | ) | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses the Indictment as to defendants, namely, Rando Group, Inc., Waycross Properties, Inc., and Alma Properties, Inc., in the above-styled case.

_____
LISA GODBEY WOOD
UNITED STATES ATTORNEY

_____
Joseph D. Newman
Assistant United State Attorney
Chief, Criminal Section

_____
James L. Coursey
Assistant United States Attorney

-2-

Leave of court is granted for the filing of the foregoing dismissal.

This __31st__ day of __October__, 2006.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA